IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:11-cv-01322 KJM KJN PS

      v.

SHADI RAM, Individually and d/b/a One Stop Mart; AVTAR CHAMBER, Individually and d/b/a One Stop Mart; RAM MARKETS, Inc., a California Corporation,

        Defendants.               <u>SUPPLEMENTAL SCHEDULING ORDER</u>
_____/

        On October 21, 2011, the undersigned entered an Order and Status (Pretrial Scheduling) Order ("Scheduling Order") in this case (Dkt. No. 16).[1] The Scheduling Order did not set a date for either the final pretrial scheduling conference or the trial in this case because the court lacked information required to properly set those dates. Having received such additional information from the parties, the undersigned herein sets dates for the final pretrial scheduling conference and the trial in this case.

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

      Accordingly, IT IS HEREBY ORDERED that:

      1.     A final pretrial conference is set before United States District Judge Kimberly J. Mueller on **March 21, 2013, at 11:00 a.m.**, in Courtroom No. 3.  The parties should review the previously entered Scheduling Order for additional requirements that pertain to the final pretrial conference.  (<u>See</u> Scheduling Order at 6-8.)

      2.     A jury trial is set to commence before Judge Mueller on **April 30, 2013, at 9:00 a.m.**, in Courtroom No. 3.  The court anticipates that the jury trial will take approximately four days.

      IT IS SO ORDERED.

DATED:  December 23, 2011

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE